*Pamela S. Nagy,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided September 13, 2006

SHARON CHESLER *v.* CITY OF DERBY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 96 Conn. App. 207 (AC 26805), is denied.

*Marie E. Gallo-Hall,* in support of the petition.

*Lawrence C. Sgrignari,* in opposition.

Decided September 13, 2006

STATE OF CONNECTICUT *v.* MICHAEL ALEXANDER

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 154 (AC 25083), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Christopher T. Godialis,* senior assistant state's attorney, in opposition.

Decided September 20, 2006

STATE OF CONNECTICUT *v.* ABDUL PEAY

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 421 (AC 25307), is denied.